UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SCOTT HOUSTON                              CIVIL ACTION NO. 14-585-P

VERSUS                                     JUDGE WALTER

MR. BIRD, ET AL.                           MAGISTRATE JUDGE HORNSBY

REPORT AND RECOMMENDATION

In accordance with the standing order of this court, this matter was referred to the undersigned Magistrate Judge for review, report and recommendation.

STATEMENT OF CLAIM

Before the court is a civil rights complaint filed in forma pauperis by pro se plaintiff Scott Houston ("Plaintiff"), pursuant to 42 U.S.C. § 1983.  This complaint was received and filed in this court on March 18, 2014.  Plaintiff is incarcerated at the Caddo Correctional Center in Shreveport, Louisiana.  He names Assistant District Attorney Bird, Detective Miller, and Officer Mendels as defendants.

Plaintiff was ordered on May 27, 2014,  to file, within 30 days of the service of the order, an amended complaint. (Doc. 6).  To date, Plaintiff has not filed an amended complaint.

Accordingly;

IT IS RECOMMENDED that this complaint be DISMISSED WITHOUT PREJUDICE, sua sponte, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as interpreted by the court and under the court's inherent power

to control its own docket.  See Link v. Wabash Railroad Company, 370 U.S. 626, 82

S.Ct. 1386 (1962); Rogers v. Kroger Company, 669 F.2d 317, 320-321 (5th Cir. 1983).

## OBJECTIONS

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b),

parties aggrieved by this recommendation have fourteen (14) days from service of this

Report and Recommendation to file specific, written objections with the Clerk of Court,

unless an extension of time is granted under Fed. R. Civ. P. 6(b).  A party may respond

to another party's objections within ten (10) days after being served with a copy thereof.

Counsel are directed to furnish a courtesy copy of any objections or responses to the

District Judge at the time of filing.

A party's failure to file written objections to the proposed findings, conclusions

and recommendation set forth above, within fourteen (14) days after being served with

a copy shall bar that party, except upon grounds of plain error, from attacking on appeal

the proposed factual findings and legal conclusions that were accepted by the district

court and that were not objected to by the aforementioned party.  See Douglas v.

U.S.A.A., 79 F.3d 1415 (5th Cir. 1996) (en banc).

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this

1st day of October 2014.

Mark L. Hornsby
U.S. Magistrate Judge